ney General Shea, and Messrs. Melvin H. Siegel and Paul A. Sweeney for the Commissioner of Patents in No. 661. Solicitor General Fahy for the Commissioner of Patents in Nos. 705 and 740. Reported below: 122 F. 2d 937.

No. 739. KILLOREN, TRUSTEE, v. NATIONAL LABOR RELATIONS BOARD. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. Lon O. Hocker and Harry S. Gleick for petitioner. Solicitor General Fahy and Messrs. Robert B. Watts, Laurence A. Knapp, and A. Norman Somers for respondent.

No. 741. SKENANDOA RAYON CORP. v. COMMISSIONER OF INTERNAL REVENUE. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. Horace R. Lamb for petitioner. Solicitor General Fahy and Messrs. J. Louis Monarch and Newton K. Fox for respondent.

No. 746. HUDSON MOTOR CAR CO. v. HERTZ, ADMINISTRATOR; and
No. 747. MOTOR WHEEL CORP. v. HERTZ, ADMINISTRATOR. December 22, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Ivin E. Kerr for petitioners. Messrs. Harold H. Emmons and Robert H. McNeill for respondent. Reported below: 121 F. 2d 326.

No. 748. VEST v. FEDERAL DEPOSIT INSURANCE CORP., RECEIVER. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Ernest Woodward for petitioner.